FILED

06/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0281



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0281

SADDLEBROOK INVESTMENTS, LLC,
as Assignee of STUART M. SIMONSEN,

      Plaintiff and Appellee,

  v.

KROHNE FUND. L.P., SEAN WRIGHT,
and ANTHONY BIRBILIS,

      Defendants and Appellant.

<u>SECOND </u>ORDER OF MEDIATOR APPOINTMENT

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

On June 13, 2023, Mary E. Duncan was appointed as mediator. She has since informed this office that she must decline the appointment.

ACCORDINGLY, the appointment of Ms. Duncan is rescinded, and: IT IS ORDERED THAT **Elizabeth Mary Varela,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this June 19, 2023.

Bowen Greenwood, Clerk of the Supreme Court

c:      Anthony Birbilis, T. Thomas Singer, Steven Leon Stockdale, Matthew B. Gallinger, Kelly Gallinger, Elizabeth Mary Varela